CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 17 2009

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bratt
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TRAVIS MCCRAE, | ) | Civil Action No. 7:08-cv-00576 |
| Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By: Hon. James C. Turk |
| TERRY O'BRIEN, WARDEN, | ) | |
| Respondent. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Respondent's Motion for Summary Judgment (Dkt. No. 10) is **GRANTED**, and the Petitioner's 28 U.S.C. § 2241 Petition (Dkt. No. 1) is **DENIED**.

The Clerk of Court is directed to strike the case from the active docket of the court and send copies of this Final Order and the accompanying Memorandum Opinion to the Petitioner and counsel of record for the Respondent.

ENTER: This 17th day of July, 2009

/s/ James C. Turk
Senior United States District Judge